**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-81223-CIV-SMITH**

LANCE SPIKES, *ET AL.*,

    Plaintiffs,
vs.

SCHUMACHER AUTO GROUP, INC., *ET AL.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Competing Motions to Approve FLSA Settlements as to Plaintiffs Brian Horowitz and Cameron N. May and for FLSA Fairness Hearing [DE 61], in which he recommends approving the settlement agreement between Defendants and Plaintiffs Brian Horowitz and Cameron N. May. No objections have been filed. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

    **ORDERED** that:

    1) The Magistrate Judge's Report and Recommendation on Competing Motions to Approve FLSA Settlements as to Plaintiffs Brian Horowitz and Cameron N. May and for FLSA Fairness Hearing [DE 61] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2) Defendants' Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice as to Plaintiffs Brian Horowitz and Cameron N. May [DE 39] is **GRANTED in part and DENIED in part.**

3) Plaintiffs Brian Horowitz and Cameron N. May's Cross-Motion for Approval of Settlement Agreements, Enforcement of the Settlement Agreements, and for Entry of Final Judgment [DE 45] is **GRANTED in part and DENIED in part.**

4) The Settlement Agreements and Release Agreements are approved.

5) The Court retains jurisdiction to enforce the terms of the parties Settlement Agreements.

6) Plaintiffs Brian Horowitz and Cameron N. May's claims against Defendants are **DISMISSED with prejudice.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 31st day of May, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record